IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-03061-LTB-NYW

JEANEA LUCERO,

    Plaintiff,

v.

TERUMO BCT, INC.,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER having come before the Court on the Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc 37 - filed March 4, 2016), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: March 7, 2016